## MARTINETTE v. PEDRICK.

(Circuit Court of Appeals, Third Circuit. September 17, 1895.)

Error to the Circuit Court of the United States for the District of New Jersey.

Aaron V. Dawes, for defendant in error.

Dismissed, pursuant to the sixteenth rule.

---

## THE RICHARD STOCKTON.

## NORTON et al. v. NORTON.

(Circuit Court of Appeals, Third Circuit. September 18, 1895.)

Appeal from the District Court of the United States for the District of New Jersey.

Dismissed, pursuant to the twenty-second rule.

---

## RICKORDS et al. v. CITY OF HAMMOND

(Circuit Court of Appeals, Seventh Circuit. October 7, 1895.)

### No. 266.

Appeal from the Circuit Court of the United States for the District of Indiana.

Walter Oles and Chas. E. Griffin, for appellants.

Peter Crumpacker, for appellee.

Dismissed, per stipulation of counsel.

---

## TOWN OF EAGLE v. HORNICK.

(Circuit Court of Appeals, Seventh Circuit. May 26, 1895.)

### No. 165.

Error to the Circuit Court of the United States for the Northern District of Illinois.

Hiram T. Gilbert, for appellant.

A. M. Pence and Geo. A. Carpenter, for appellee.

Dismissed, per stipulation of counsel.

\*

END OF CASES IN VOL. 69.